UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

QBE INSURANCE CORPORATION
a/s/o BRICKELL BAY PLAZA, L.L.C.
as Assignee of the Club at Brickell
Bay Plaza Condominium
Association, Inc.,

10-21107 CIV-GOLD

    Plaintiff,

vs.

JORDA ENTERPRISES, INC. d/b/a
JORDA MECHANICAL
CONTRACTORS

    Defendant.
_____/

## PLAINTIFF, QBE INSURANCE RULE 26 EXPERT WITNESS DISCLOSURES

Pursuant to the Court's Order Setting Pretrial and Trial Dates, Referring Discovery Motions, Redirecting Parties to Mediation, and Establishing Pre-Trial Dates and Procedures [DE 28], Plaintiff, QBE Insurance Corporation a/s/o BRICKELL BAY PLAZA, L.L.C. as Assignee of the Club at Brickell Bay Plaza Condominium Association, Inc. ("QBE"), hereby submits the following Expert Witness Disclosure:

    1.    Sherri L. Hankal, P.E.
           Hankal Construction d/b/a Hankal Consultants
           66 Valley Oak Circle
           Spring, TX 77382

           Ms. Hankal is expected to testify regarding her inspection at the insured's premises. The anticipated testimony will include the expert's assessment of the condition of the components, the nature and extent of damage sustained by the components, and the cause of the damage. This expert's testimony will be based upon her

investigation and inspection of the building, examination of photographs and documentation, and the expert's education, training and experience in the design function and evaluation of such building components. Ms. Hankal's Curriculum Vitae is attached hereto as Exhibit "A".

2. SEA, Ltd.
3340 N.W. 53rd Street
Suite 402
Ft. Lauderdale, FL 33309

SEA Limited is the company that Sherri Hankal was employed with at the time of her inspection of the pipe leak at Club at Brickell Bay Plaza Condominium Association, Inc. SEA may have documentation with regard to Ms. Hankal's inspection.

Respectfully submitted,

**BERK, MERCHANT & SIMS, PLC**

/s/Sorraya M. Solages
Melissa M. Sims, Esq.
Florida Bar No. 85936
Sorraya M. Solages
Florida Bar No.: 568856
2100 Ponce de Leon Blvd.
Coral Gables, Florida, 33134
Telephone: 786-338-2900
Facsimile: 786-338-2888

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

### SERVICE LIST:

Christopher Bopst
Yoss LLP,
2525 Ponce de Leon Blvd., Ste. 400
Coral Gables, FL 33134
Telephone: (305) 460-1000
Facsimile: (305) 460-1422
cbopst@adorno.com

and

Steven D. Ginsburg
Adorno & Yoss LLP
Two Midtown Plaza, Ste. 1500
1349 West Peachtree Street, Northeast
Atlanta, GA 30309
Telephone: (404) 347-8300
Facsimile: (404) 921-9110
*Counsel for Defendant*

/s/SORRAYA M. SOLAGES
Sorraya M. Solages

SHERRI HANKAL, P.E.

## MECHANICAL ENGINEER | GENERAL CONTRACTOR

**Professional Registration**
Registered Professional Mechanical Engineer, FL, 1999 – Present
Florida Licensed General Contractor – CGC1512233, 2006

**Education**
Bachelor of Science in Mechanical Engineering | University of Tennessee | 1988

**Special Expertise & Training**
- Designed and researched natural gas measurement and delivery systems to AGA and ASME standards, fluid metering and analysis specialist with experience in coriolis, multi-path ultrasonic and differential pressure technologies  American Gas Association committee for multi-path ultrasonic meter | Standard - AGA 1.
- Advanced vehicle accident reconstruction | Northwestern University | 2003
- Marine accident reconstruction | International Association of Marine Investigators | 2004
- Industrial system mechanical and instrumentation design and construction – petrochemical and power generation industries

**Professional Societies**
American Society of Mechanical Engineers, Member | 1986-Present
American Gas Association, Associate Member | 1998-2002 | Gas Transmission Measurement Committee
International Association of Marine Investigators | 2003 – 2005
American Society of Heating, Refrigeration and Air Conditioning Equipment | 2002 – Present
Solar Energy International | 2006 - Present

**Selected Experience**
**2005 – Present | Facilities Engineer | Chevron Corporation | Coral Gables, Florida**
Responsible for the management of petrochemical projects throughout the Western Caribbean. Scope of responsibility includes specification and work scope development, bid management, construction management and overall project safety. Projects are successfully executed in several locations concurrently due to detailed front end project management and preparation. Projects have also been executed incident free and within budget. Current CSOC Certification and trained in the Chevron CPDEP process.

**2002 – 2005| Project Engineer, Mechanical | SEA, Ltd. | Ft. Lauderdale, Florida**
Project manager for micro projects specializing in accident reconstruction and mechanical design analysis focusing on industrial process and control equipment.  Project scopes included technical evaluation of product failures, including evaluations of standards and code compliance.  Additional projects included forensic mechanical engineering examination of fuel systems, HVAC systems, marine equipment, and vehicle systems.  Services provided include: reconstruction of industrial, commercial, passenger, and marine vehicle accidents, scene and evidence examination, detailed engineering reports, and forensic engineering consultation and analysis.

**1998 – 2002  | Senior Mechanical Engineer | Control Center, LLC | Orlando, Florida**
Project Manager for instrumentation panels and skid-mounted mechanical systems for HVAC equipment, refineries, chemical, and power plants.  Supervised and coordinated engineering, manufacturing, procurement, and labor for delivery of projects on time and within budget constraints.  Commissioned systems and trained customers at domestic and international sites.  Responsible for new business development in the flow meter product line; marketing and negotiating efforts resulted in company's third highest sales in less than one year.


PLAINTIFF'S EXHIBIT

SHERRI HANKAL, P.E.

2

**1996 – 1998 | Mechanical Engineer | Fisher-Rosemont Companies | Boulder, Colorado**
Increasing levels of responsibility for sizing and designing mechanical equipment and instrumentation systems for general and severe services for power generation and petrochemical industries. Specific expertise in control value assemblies, remote terminal units, instrumentation, and controls and fluid measurement technology. Specialized applications were analyzed and solutions designed for multiple industry applications including petrochemical, mining and municipal water treatment.

**1991 – 1996 | Mechanical Engineer | Raytheon Engineers & Constructors, Inc. | Tampa, Florida**
Responsible for rotating equipment, piping, and instrumentation design and analysis for petrochemical facilities upgrades and turnarounds for R.D. Shell, Refineria Isla and Sun Oil Companies. Provided field engineering and project management services for domestic and international projects.

**1986 – 1990 | Mechanical Engineer | Tennessee Valley Authority | Chattanooga, Tennessee**
Researched specific methods for improving power plant efficiency and overall plant heat rate. Projects included metallurgical research for high wear equipment and water chemistry monitoring systems. Research in areas of renewable energy and energy conservation including waste heat recovery, radiant barrier insulation. Responsible for implementing test projects to predict effectiveness of proposed changes. Managed research projects at fossil, nuclear (fueled and non-fueled), and hydro-powered facilities.