# EXHIBIT F

## Ginsburg, Steven D.

| | |
|---|---|
| **From:** | Ginsburg, Steven D. |
| **Sent:** | Tuesday, December 06, 2011 3:15 PM |
| **To:** | 'Anthony Garrett'; 'Sorraya Solages'; Zaffuto, Warren D. |
| **Cc:** | Melissa McMillan Sims; Geraldine K. Rodriguez |
| **Subject:** | RE: QBE v. Jorda - Depositions of QBE and S. Siegei |
| **Attachments:** | RE: QBE v. Jorda - Discovery Issues; RE: QBE v. Jorda - Deposition of QBE 30(b)(6) |
| **Importance:** | High |

Thanks for the heads up Tony,

Attached are the last two communications I received from QBE's counsel which indicated otherwise. I leave it to you and them to work out any differences between you.

Steve

**Steven D. Ginsburg**
Partner

Duane Morris LLP
Atlantic Center Plaza
1180 West Peachtree Street NW, Suite 700
Atlanta, GA 30309-3448
**P:** +1 404 253 6912
**F:** +1 404 745 0971

SDGinsburg@duanemorris.com
www.duanemorris.com

**From:** Anthony Garrett [mailto:Anthony@hsmattys.com]
**Sent:** Tuesday, December 06, 2011 3:07 PM
**To:** 'Sorraya Solages'; Ginsburg, Steven D.; Zaffuto, Warren D.
**Cc:** Melissa McMillan Sims; Geraldine K. Rodriguez
**Subject:** QBE v. Jorda - Depositions of QBE and S. Siegei

Steve,

The insured has not agreed to attend any deposition.

Anthony R. Garrett, Esq.
Hyman Spector & Mars LLP
Museum Tower Building
150 W. Flagler Street, Suite 2701
Miami, Florida 33130
Phone: 305.371.4244
Facsimile: 305.371.5930
E-Mail: anthony@hsmattys.com

1

**From**: Ginsburg, Steven D. <SDGinsburg@duanemorris.com>
**To**: Melissa McMillan Sims; Sorraya Solages
**Cc**: Daisy Alvarez; Geraldine K. Rodriguez; Gilberto Barreto; Zaffuto, Warren D. <WDZaffuto@duanemorris.com>; Marriott, Dwight A. <DAMarriott@duanemorris.com>; Wagner, Jennifer P. <JPWagner@duanemorris.com>
**Sent**: Tue Dec 06 11:48:46 2011
**Subject**: QBE v. Jorda - Depositions of QBE and S. Siegei

Melissa and Sorraya-

Attached are a Re-Re-Notice of Taking Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) for QBE Insurance Corporation and a Notice of Continuation of Deposition for Mr. Siegel. I am using the only date that you provided and instructed me to re-notice QBE's deposition for in the hopes that you will identify the witness(es) as I have repeatedly requested. You also never gave me another date for Mr. Siegel's deposition to be completed even though that was requested. Please be advised that I am also booking airplane travel today for this purpose, so if there is still some problem between QBE and its insured in producing a qualified witness, let me know before I spend the money on the plane ticket.

Steve



**Duane Morris**
www.duanemorris.com

Steven D. Ginsburg
Partner

Duane Morris LLP
Atlantic Center Plaza
1180 West Peachtree Street NW, Suite 700
Atlanta, GA 30309-3448
E-MAIL

P: +1 404 253 6912
F: +1 404 745 0971

As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.