# EXHIBIT G

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-21107 CIV-GOLD

QBE INSURANCE CORPORATION
a/s/o BRICKELL BAY PLAZA,
LLC, as Assignee of the Club
at Brickell
Bay Plaza Condominium
Association, Inc.,

       Plaintiff,
vs.

JORDA ENTERPRISES, INC.,
d/b/a JORDA MECHANICAL
CONTRACTORS,

       Defendant.
_____/

CERTIFICATE OF NON-APPEARANCE

STATE OF FLORIDA    )
COUNTY OF MIAMI-DADE  )

    I, JENNIFER A. QUINTANA, Shorthand Reporter and Notary Public in and for the State of Florida at Large, hereby certify that I was in attendance at 200 S. Biscayne Boulevard, Suite 3400, Miami, FL 33131, on Monday, December 12, 2011, from 9:00 a.m. to 9:30 a.m. for the purpose of taking the deposition of Corporate Representative of QBE Insurance Corporation a/s/o Brickell Bay Plaza in the above-styled cause.
    I further certify there was no appearance by the witness.
    WITNESS my hand and official seal in the City of Miami, County of Miami-Dade, State of Florida, this 12th day of December, 2011.

_____
JENNIFER A. QUINTANA
Shorthand Reporter
Notary Public - State of Florida
My Commission # DD 933924
My Commission Expires: January 10, 2014