UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:10-CV-21107-ASG/GOODMAN

QBE INSURANCE CORPORATION
a/s/o BRICKELL BAY PLAZA, L.L.C.
as Assignee of the Club at Brickell
Bay Plaza Condominium
Association, Inc.,

    Plaintiff,
vs.

JORDA ENTERPRISES, INC. d/b/a
JORDA MECHANICAL
CONTRACTORS

    Defendant.
_____/

**PLAINTIFF, QBE INSURANCE CORPORATION'S**
**NOTICE OF COMPLIANCE WITH COURT ORDER D.E. 110**

Plaintiff, QBE INSURANCE CORPORATION, by and through undersigned counsel, hereby gives notice of compliance with the Court's Order Requiring Submission of Courtesy Copies [D.E. 110] by delivering the requested documents by Courier to the Court on Friday, January 17, 2012.

Respectfully submitted,

**BERK, MERCHANT & SIMS, PLC**

/s/Melissa M. Sims_____
Melissa M. Sims, Esq.
Florida Bar No. 85936
Gilberto J. Barreto, Esq.
Florida Bar No.: 568996
2 Alambra Plaza, Suite 700
Coral Gables, Florida, 33134
Tel: 786-338-2900/Fax: 786-338-2888
*Counsel for Plaintiff*

QBE INSURANCE vs. JORDA ENT., etc.
CASE NO.: 10-21107-CIV-GOLD
PAGE 2

## CERTIFICATE OF SERVICE

     I hereby certify that on February 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST:

Steven D. Ginsburg, Esq.
Warren D. Zaffuto, Esq.
Duane Morris, LLP
1180 West Peachtree Street, NW
Suite 700
Atlanta, GA 30309
Tel: (404) 253-6912
Fax: (404) 745-0971
sdginsburg@duanemorris.com
*Counsel for Defendant*


            **/s/Melissa M. Sims**
            Melissa M. Sims