UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21107-CIV-GOLD/GOODMAN

QBE INSURANCE CORPORATION,

    Plaintiff,

v.

JORDA ENTERPRISES, INC.,

    Defendant.
_____/

**ORDER WITHDRAWING REFERRAL OF MOTION FOR SANCTIONS [ECF No. 124];
DENYING MOTION FOR SANCTIONS [ECF No. 124] AS MOOT**

THIS CAUSE is before the Court *sua sponte*. I previously referred Defendant's Motion for Sanctions [ECF No. 124] to United States Magistrate Judge Jonathan Goodman. Judge Goodman required the parties attend mediation regarding the Motion [ECF No. 167]. The parties mediated on September 19, 2012, and on September 26, 2012, the mediator filed a Report [ECF No. 195] stating the parties had reached a settlement agreement regarding the Motion. Upon further review of the Motion and case file, it is hereby ORDERED and ADJUDGED as follows:

1. The referral of the Defendant's Motion for Sanctions [ECF No. 124] is hereby **WITHDRAWN**.

2. Defendant's Motion for Sanctions [ECF No. 124] is **DENIED as MOOT**.

3. The Court retains jurisdiction to enforce the terms of the settlement agreement.

4. Final judgment on the case will be entered by separate Court order, as specified in my Omnibus Order [ECF No. 159 at 31].

DONE AND ORDERED in Chambers, at Miami, Florida, this 27th day of September, 2012.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE


cc: U.S. Magistrate Judge Jonathan Goodman
    Counsel of record