UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21107-CIV-GOLD/GOODMAN

QBE INSURANCE CORPORATION,

    Plaintiff,

v.

JORDA ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER REGARDING FINAL JUDGMENT

THIS CAUSE is before the Court *sua sponte*. On August 6, 2012, I issued an Omnibus Order Granting Defendant Jorda Enterprise Inc.'s Motion for Summary Judgment [ECF No. 159], granting summary judgment in favor of Jorda. I referred Jorda's then-pending Motion for Sanctions [ECF No. 124] to Magistrate Judge Goodman and indicated that I would enter final judgment pursuant to Rule 58 upon resolution of the sanctions motion. On August 13, 2012, Magistrate Judge Goodman issued an Order Requiring Mediation of Sanctions Motion [ECF No. 167]. The parties attended mediation, and reached a settlement agreement regarding the sanctions motion. [ECF No. 195]. It is not clear from the Mediator's Report whether the parties reached resolution of the entire "matter" [ECF No. 195, ¶ 2], or only the sanctions motion. It is now the intent of this Court to issue a Final Judgment based on the Omnibus Order Granting Defendant Jorda Enterprise Inc.'s Motion for Summary Judgment [ECF No. 159].

If, based on the parties' agreement at mediation, the parties did not intend for the Court to issue a Final Judgment, they shall, on or before **October 5, 2012**, file a Notice stating why Final Judgment should not be issued.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of October, 2012.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Jonathan Goodman
      Counsel of record